Name: Antone Lamandingo Knox, P.C.E./N.L.G. member
DOC ID Number: 191626/D.S.P.
Address: 1299 N.W. Street, P.O. Box 97
McAlester, Oklahoma, 74502-0097

FILED
MAR 04 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ KMT _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE ~~EASTERN~~ Western DISTRICT OF OKLAHOMA

Antone Lamandingo Knox, Plaintiff(s)
(Full Name) P.C.E./National Lawyer Guild member

v.

Joseph Allbaugh, D.S.P., Defendant(s)
Mike Carpenter, Warden, O.S.P., Charles Allen, Chaplain, D.S.P., and Natalie Cooper, D.L.W. Et Al.

Case No. CIV-19-212-HE
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO 42 U.S.C. § 1983

"Imminent Danger of Serious Physical Injury"

A.  **PARTIES**

1) Antone Lamandingo Knox, is a citizen of Oklahoma
   (Plaintiff)                                  (State)
   who presently resides at D.S.P., P.O. Box 97, 1299 N.W. Street,
   (mailing address or place of confinement)
   McAlester, OK 74502

2) Defendant Joseph Allbaugh is a citizen of
   (Name of first defendant)
   Okla City, Oklahoma, and is employed
   (City, State)
   as Okla. Dept. of Corr., Director
   (Position and title, if any)

"In his Individual & Official Capacities being sued"

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐
If your answer is "Yes", briefly explain: Attach see Memorandum of Law pg 1 of 12) As Dir. of O.D.C. He created the DOC Policies of OP-030, Et seq. Amended & Allowing & Encouraging the illegal Religious Acts Violations of Deprivation of my Nemest Distr. & Practices & Failed to take actions on my grievances to him to stop & change my religious & Incoming & outgoing legal & personal mails Violation

complain.cr (5/30/97)                              Page -1-

## ADDITIONAL DEFENDANTS

4) Defendant **Natalie Cooper** is a citizen of **McAlester, Oklahoma** (City, State) as is employed as **OKlA. STATE Pen., Deputy Warden III** (Position and title, if any) **In her Individual & official Capacities being sued**

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain: **See attach M.D.L. pg. 1 of 12 Since July 2017-thru-Feb 2019 Etc. she had issued illegal orders to D.S.U.-mailroom staff, O.C. H-Unit C.D.N. staff & others & all H there units mgers That all our outgoing personal mail & my legal mails Are to be kept unchecked-or-it will be returned This extreme Restrictions Etc. my mails never get out Etc. of D3417 Etc. See Dept will but this site there on getting six (6) month not enough Etc.**

5) Defendant **Charles Allen** is a citizen of **McAlester, Oklahoma** (City, State) as is employed as **OKlA. State Pen., Chaplain** (Position and title, if any) **In his Individual & official Capacities being sued**

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ✓ yes ___ no. If your answer is "YES", briefly explain: **See Exhibits A & B Religious Diet form's which he use to approve my normal Diets new policy stop that & my Hebrew religion isn't called religious Diets And he A&t & will Jewish Kosher**

6) Defendant _____ is a citizen of **on my April 20, 2019 Passover Diet & not Allow me** (City, State) **to practice & observe my Hebrew Dietary Passover & Past 2012-thru-2018 Passovers** as is employed as _____ (Position and title, if any) **And retaliated Etc. for filing grievances on him for these illegal Acts Etc.**

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ___ yes ___ no. If your answer is "YES", briefly explain:

_____

_____

(cont'd pg. 1 of 2)

3) Defendant **Mike Carpenter** is a citizen of
(Name of second defendant)
**McAlester, Oklahoma**, and is employed
(City, State)

as **OK/State Pen, Warden**
(Position and title, if any)

("In his Individual & Official capacities being sued")

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. (See Attach memorandum of Law Pg 1 of 20)
If your answer is "Yes", briefly explain: As O.S.P. Warden as the supervisor & Enforcer of DOC/OSP policies OP-030112, Et seq & OP-030117, Et seq, Through Grievances he learned of the violations of my religious fasts, Pg & Incoming legal mail & Personal mail violations & Destruction Etc. And failed

[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.] To do Anything on this Continue long time violations done nothing to fix the situations Etc. from 2001-Thru-2019 Etc.

**B. JURISDICTION**

1) Jurisdiction is asserted pursuant to: (Check one)
☒ 42 U.S.C. §1983 (applies to state prisoners)

☐ Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics. 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

(A). F.R.C.P. 56(F) & (B), Plaintiff's Claims for Injunctive relief are Authorized by 28 U.S.C. section 2283 & 2284 & Rule 65 F.R.C.P.,(C) The Court has Supplemental Jurisdiction over plaintiff's State Law Claims under 28 U.S.C. Sec-1367.1

**C. NATURE OF CASE**
(See Attach memorandum of Law Pg 1 of 12)

1) Briefly state the background of your case. **Defendants Direct Involvements of violations of my religious no meats Diets & Special observance Passover meals from 2001-Thru-April 20, 2019 And the Change of my DOC policies Etc. To Discontinue my Hebrew Religious no meat Diets & Approval of such Diets by the Chaplain only & further them illegal Engaging in Destruction & Sabatage of my Federal/State Courts Cases getting them Dismissed And Stoping me from get personal & legal mail out**

**D. CAUSE OF ACTION**

1) I allege that the following of my constitutional rights, privileges or immunities have been since July 2017 Etc. made to keep them unsealed Etc. violated and that the following facts form the basis for my allegations: [If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or list additional supporting facts.] See Attach memorandum of Law Pg 1 of 12
   a (1) Count I: **R.L.U.I.P.A.! & 1st Amend. Free Exercise Clause, Freed of Religion & Speech & Denied the Right to Petition the Government of redress of Grievance Etc. Receiving Federal Funding Etc**

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) See Attach memorandum of Law Pg 1 of 12 J. Allbaugh, M. Carpenter, C. Allen, & M. Cooper engaged in depriving me of practice my Old Testament Hebrew Dietary & sincere observance religious & destroyed & sabotage my court & personal mail/cards etc.

b (1) Count II: See Attach m.o.L. Pg 1 of 12 1st Amend. Retaliation, & Ex Post Facto Clause

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) See Attach m.o.L. Pg 1 of 12 In support etc. J. Allbaugh, M. Carpenter, N. Cooper & C. Allen Illegally engaged in retaliation etc of my sincere religious practice & Dietary Laws & hindering etc. my rights to send out legal & personal mail etc for filing

c (1) Count III: Grievances & Complaints & Suits on them I.R.O. & Injunction & 14th Amend. etc. & Speedy Trial Act & Thwart & Hinder my access to Exhaustion of Grievances & State Courts

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) See Attach m.o.L. Pg 1 of 12 In support J. Allbaugh, & M. Carpenter, Created new religious policies in retaliation, etc. of mines & other African Hebrew religious practice & Dietary Laws & Special observance Laws in accordance with The Old Testament Bible & new forms that DI's includes Hebrew no meats, vegan diets & approval of there diets by Chaplain & denied access to

E. **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**
Exhaustion of Grievances & State Court issues

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐
If your answer is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

    a)     Parties to previous lawsuit:

         Plaintiffs: _Antone Lamandingo Knox_
         Defendants: _David Orman, et, al._

    b)     Name and Location of Court and docket number _U.S. Western Distct, 200 N.W. 4th St., Rm 1910, OKC, OK 73102-3092; OO CIV-201 H651-ML_

    c)     Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _Case Dismissed without prejudice etc. Due to Defendants engaged in Conspiracies etc. to stop my filing legal mail of 1983 complaints & summary etc._

    d)     Issues raised _1/4 Amend, Due Process, freedom of foreign speech etc. with 3-strikes was allowed to proceed to fed. court_

    e)     Approximate date of filing lawsuit _2011 ??_

    f)     Approximate date of disposition _2011 ??_

2)     I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. Yes ☒ No ☐.
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. _Submitted Grievances Appeals # DJPS19-52 & # DJPS19-57 to DJP Warden, & Dir. refusal to respond See These Exhibits Ds & Cs etc. Enclosed_

3)     I have exhausted available administrative remedies   Yes ☐ No ☐.

If your answer is "Yes" briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted. _See attach mail poli-vt-12 See Attachments of Exhibits Ds & Cs and same issues of Religious mail tampering & Destruction etc. Grievances dated 2/22 & 25/19 still pending with the DJP-Warden & Dir. of DOC_

**F.   PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1)     If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. [*If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."*] _See Attachment/ Exhib- it E of previously Dismissed & Appeals_

a) Parties to previous lawsuit:
Plaintiffs: _Antone Lamandingo Knox_
Defendants: _Randall Rowland, et.al._

b) Name and Location of Court and docket number _U.S. Eastern Dist. Ct._
_101 N. 5th P.O. Box 607, Muskogee, OK. 74402-0607, Rm 208_
_Case no. Civ-2018-287-RAW-SPS_

c) Grounds for dismissal: [ ] frivolous [ ] malicious [ ] failure to state a claim upon which relief may be granted. _3-strike rule filing fee not waived etc._

d) Approximate date of filing lawsuit _Sept 7, 2018_

e) Approximate date of disposition _?_

2) Are you in imminent danger of serious physical injury? ☑Yes No ☐. If your answer is "Yes" please describe the facts in detail below without citing legal authority or argument. _Further deprivation of hunger strike of alternative & supplemental protein sources will harm me further & my April 2019 parolex for seven days will be violated &_

G. **REQUEST FOR RELIEF** _my outgoing legal mails to federal/state cus-_
_tody & denied of six month statements will get my cases_

1) I believe that I am entitled to the following relief: _dismissed_
_(1) $100,000 in Punitive damages, (2) 100,000 in_  _& etc_
_Compensatory damages (3) 1.00 Nominal damages against_  _officials_
_all (4) Defendants (4) Injunction of all Defendants will have re-filed_
_in the officials capacities, (5) Trial, speedy jury, & killed again etc_

_Antone Lamandingo Knox_                _Antone Lamandingo Knox_
Original Signature of Attorney (if any)    Original Signature of Petitioner
_A.C.E./N.L.G. member_                   _A.C.E./N.L.G. doctor_
_#191626-D.S.P., P.O. Box 97_
_1299 N.W. Street, McAlester, OK. 74502_

_918-423-4700_
Attorney's full address and telephone number

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at _D.S.P., P.O. Box 97, 1299 N.W. St._ on _Feb 25, 2019_
_McAlester, OK. 74502-0097_
(Location)                                (Date)

_Antone Lamandingo Knox_
(Original Signature of Prisoner)